**Alan G. Dowling**
(California Bar No. 70686)
Email: agdowling@aol.com
**ALAN G. DOWLING,**
**A PROFESSIONAL CORPORATION**
1043 Pacific Street, No. 1
Santa Monica, California 90405
Telephone: (818) 679-6395
Fax: (424) 238-5366
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., an individual, <br><br> Plaintiff, <br><br> v. <br><br> BELCALIS ALMANZAR, aka Cardi B, an individual; KRS GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive, <br><br> Defendants. | **Case No. 8:17-cv-01885-CJC-JPR** <br><br> Hon. Cormac J. Carney <br> U.S. District Judge <br><br> **DECLARATION OF KLENORD RAPHAEL IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE [F.R.C.P. RULE 12(F) AND CAL. C.C.P. 425.16] AND MOTION TO DISMISS [F.R.C.P. RULE 12(b)]** <br> Hearing Date: **May 14, 2018** <br> Time: **1:30 p.m.** <br> Location: Courtroom 9B, Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, 9th Floor <br> *Complaint Filed: 10/26/17* <br> *Complaint Served: 2/22/18* |

# DECLARATION OF KLENORD RAPHAEL
# IN SUPPORT OF DEFENDANTS' SPECIAL MOTIONS TO STRIKE
# [F.R.C.P. RULE 12(F) AND CAL. C.C.P. 425.16]
# AND MOTION TO DISMISS [F.R.C.P. RULE 12(b)]

I, KLENORD RAPHAEL declare:

1. I am a resident of the State of New York and the Chief Executive Officer of KSR Group, LLC, a New York limited liability company ("KSR Group"), one of the Defendants in this action. I am professionally known as "Shaft." I submit this Declaration in support of the Defendants' motion to strike the Complaint in this action as an improper lawsuit interfering with our First Amendment rights by strategically using the intimidation of litigation to prevent Belcalis Almanzar, the artist professionally known as "Cardi B," and KSR Group, as the distributor of certain of her sound recordings, from articulating her views on matters of public interest, and in particular with regard to the album artwork accompanying one of Cardi B's musical recordings, entitled *Gangsta Bitch Music No. 1*. I also submit this Declaration in support of Defendants' motions to dismiss the Complaint. I know all matters of fact set forth herein to be true of my own personal knowledge, except those stated on information and belief, and I believe those to be true. If called as a witness, I could and would testify competently hereto.

2. KSR Group is full-service entertainment company, including artist and producer management, a record label, video production house, artist booking agent, merchandising, social media advertising and the like. Among other things, since our inception in 2015, we have acted as a distributor and seller, in particular in digital form, of musical sound recordings. Among the artists on our roster, in various capacities, are Cardi B, LL Cool J, Lil Kim, Meek Mill, Chris Brown, French Montana, Rick Ross, Josh X, Hood Celebrityy,

DJ Self, Erica Mena, Charlemage, Fabolous, and numerous others.

3. Neither I, nor, so far as I am aware or have been able to determine, anyone else employed by KSR Group, has ever met, spoken with, or otherwise communicated with the Plaintiff, Kevin Michael Brophy, Jr. (aside from communication between legal counsel in this matter). We at KSR Group have no idea who he is. We are informed and believed that he was not the male model used in the photo shoot for the album art for the 2016 Cardi B mixtape *Gangsta Bitch Music No. 1*. We never heard of Kevin Michael Brophy, Jr., before finding out he had sued us in this lawsuit. So far as I know, I have never seen a picture of him, although there is a picture in Paragraph 17 of the Complaint (face concealed) that he says is a picture of his back. We have no idea whether, in fact, any picture of him was used in any way in connection with the album art for *Gangsta Bitch Music No. 1*. We have no personal knowledge of how the photographer put together the photograph used for the album art for *Gangsta Bitch Music No. 1*.

4. In short, KSR Group has never used any photo or likeness of Kevin Michael Brophy, Jr., at all, to our knowledge, whether on any merchandise or to advertise or sell any merchandise, or otherwise. We have certainly never done so knowingly or intentionally, much less, to our knowledge, done so without his consent or permission. We certainly never knew that the album art for *Gangsta Bitch Music No. 1* could even conceivably create a false impression about Kevin Michael Brophy, Jr. or anyone else, and we never acted in any way, in connection with that album art, with a reckless disregard for the truth, much less as to him. Having no idea who he was (or that he had or has any connection at all with that album art), we believe we were not at all negligent in determining the truth as to anything involving that artwork, or him, and had no reason to believe that a false impression would be created by the publication of the album

artwork, in any regard.  We have never gained any commercial benefit or other advantage by using any photo or likeness of Kevin Michael Brophy, Jr.  Nothing in the album art for the Cardi B album *Gangsta Bitch Music No. 1* says anything about Kevin Michael Brophy, Jr., or reveals any information or material about him, much less in a false light.  Even if it pertained to or was connected with him in some way, we do not believe there is anything inherently offensive to any reasonable person about that album art.

5. We also do not understand what basis exists for making KSR Group defend this action in California, although I am informed that Kevin Michael Brophy, Jr., claims he lives there.

6. KSR Group maintains its offices and principal place of business in New York, NY, and has no offices or other real estate interests in California. We are not domiciled in California.  We do not own bank accounts or other assets in California.  This case does not arise out of or relate to any activities by KSR Group in California.  The graphic artist/photographer who created the album art for *Gangsta Bitch Music No. 1* (the photograph reproduced in Paragraph 21 of the Complaint in this action) is located in New York City, and I am informed by him, and believe, that he shot the photo of Cardi B in the backseat of the limousine in Canada, and did his subsequent graphic work, finishing the work for our use, in New York City.  The Plaintiff's claims are not substantially connected to whatever contacts KSR Group has had with California; indeed, we did not engage in any actions relevant to this case that created a substantial connection with California in early 2016 or thereafter.

7. KSR Group is not engaged in continuous and systematic activity within California, nor have we purposefully established contacts with California relevant to this case or its subject matter.  We did not purposefully direct our activities at California residents (either in general, or Plaintiff in particular),

or purposefully avail ourselves of the privilege of conducting activities within California, invoking the benefits and protections of local law.

8. We have sold our musical sound recordings (including those of Cardi B) via the internet, through a number of outlets including Apple ITunes, Amazon Music, and so on. However, in posting information concerning the release and availability of *Gangsta Bitch Music No. 1* on our own, or any other, website, accompanied by the album art for *Gangsta Bitch Music No. 1* (the photograph reproduced in Paragraph 21 of the Complaint in this action), we were simply posting information on passive internet sites accessible to people throughout the world, and not directing those postings at California or its residents. We did not actually sell the product on, by or through the KSR Group website, and the recordings were all delivered digitally.

9. Incidentally, KSR Group LLC, the Defendant in this action, is not associated with either the corporation called "KSR Group Inc.," located in Los Angeles, CA, apparently run by a gentleman named Junryeol Kwon; or the business entity named "The KSR Group, LLC," a California limited liability company located in San Diego, California, which according to information online is a "business consulting" company involved in the "engineering, accounting, research and management services sector," but which has had its corporate privileges in California suspended; or any of the other business entities with the initials "KSR" in their name organized, domiciled or located in California. Defendant KSR Group also is not associated with the "KSR Group GmbH" from Austria, which appears to develop and distribute several makes of motorcycles and scooters worldwide.

Executed at New York, NY, on March 30, 2018.

I declare under penalty of perjury under the laws of the United States of America and the States of California and New York that the foregoing is

1 | true and correct.

_____
KLENORD RAPHAEL