**Alan G. Dowling**
(California Bar No. 70686)
Email: agdowling@aol.com
**ALAN G. DOWLING,**
**A PROFESSIONAL CORPORATION**
1043 Pacific Street, No. 1
Santa Monica, California 90405
Telephone: (818) 679-6395
Fax: (424) 238-5366
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

KEVIN MICHAEL BROPHY, JR., an individual,

Plaintiff,

v.

BELCALIS ALMANZAR, aka Cardi B, an individual; KRS GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive,

Defendants.

**Case No. 8:17-cv-01885-CJC-JPR**

Hon. Cormac J. Carney
U.S. District Judge

**DECLARATION OF ALAN G. DOWLING IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE [F.R.C.P. RULE 12(F) AND CAL. C.C.P. 425.16] AND MOTION TO DISMISS [F.R.C.P. RULE 12(b)]**

Hearing Date: **May 14, 2018**
Time: **1:30 p.m.**
Location: Courtroom 9B, Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, 9th Floor
*Complaint Filed: 10/26/17*
*Complaint Served: 2/22/18*

I, ALAN G. DOWLING, declare:

1. I am an attorney duly licensed to practice before all courts of the State of California, duly admitted to practice before this Court, and counsel of record for Defendants Belcalis Almanzar aka Cardi B, KSR Group, LLC, and Washpoppin, Inc. (the "Defendants") in this action. I submit this Declaration in support of Defendants' motion to strike the Complaint in this action as an improper lawsuit interfering with our First Amendment rights by strategically using the intimidation of litigation to prevent Belcalis Almanzar, the artist professionally known as "Cardi B," and KSR Group, as the distributor of certain of her sound recordings, from articulating her views on matters of public interest, and in particular with regard to the album artwork accompanying one of Cardi B's musical recordings, entitled *Gangsta Bitch Music No. 1*. I also submit this Declaration in support of Defendants' motions to dismiss the Complaint. I know all matters of fact set forth herein to be true of my own personal knowledge, except those stated on information and belief, and I believe those to be true. If called as a witness, I could and would testify competently hereto.

2. Attached to the Defendants' Memorandum of Points and Authorities filed herewith as Exhibits A and B, for convenient reference, are the photos including in Paras. 17 (allegedly depicting Plaintiff's back and arms) and 21 (the album art for the Cardi B mixtape) of the Complaint in this action. I downloaded and copied the exhibits from the Complaint for this purpose.

3. On March 1, 2018, I did numerous searches on the internet for photos of Plaintiff Kevin Michael Brophy, Jr., and in particular for photos resembling that of his back which is reproduced in Para. 17 of the Complaint in this action. Among the websites I visited in my search were: Askideas.com, Imgpic.org, Pinterest, Pinterest.fr [France], Twitter account for saltwatertattoo

[Tim Hendricks], Tattoochief.com, Tattoosboy.com and TimHendricks.com. Copies of downloaded printouts or IPhone captures from pertinent pages of each of those sites, showing Plaintiff's photo and back and arm tattoos, are attached hereto collectively as Exhibit A. Those websites, in turn, refer to others as the sources of the photos on their sites, including Tatuaje, lowriderarte, Time Hendricks LoveHateTattooStudio, Jeremy Broges, Surthy77, and Gemini. I also located the same photo(s) via Google, Bing and Yahoo "image" searches.

Among the pictures I came across there were the following:





4. The photo of Plaintiff described and reproduced in Para. 17 of the Complaint (and attached as Exhibit B to the Defendants' Memorandum of Points and Authorities filed herewith, and reproduced herein above) was created and has been published and re-published, with Plaintiff's apparent consent, knowledge and acquiesence, without any notice of copyright or other restriction as to its subsequent display or use, through numerous platforms on the Internet,

by numerous individuals or organizations, over a period of years prior to and since the time period referred to in the Complaint, including on numerous Internet websites, all as part of an ongoing campaign of self-promotion by Plaintiff and others. No steps appear to have been taken by Plaintiff to limit or control any subsequent downloading and use of the photo by third parties; no watermarking appears to have been applied; no downloading-prohibitive coding appears to have been incorporated into its digital content; no copyright notice appears to have been affixed. In all instances Defendants have been able to ascertain, Plaintiff is not identified by name in connection with reproductions of the photo, nor is his face visible (much less his face at his current age).

Executed at Santa Monica, California, on April 2, 2018.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

/s/ Alan G. Dowling
ALAN G. DOWLING

# EXHIBIT A

# Tiger With Snake And Rose Tattoo On Full Back

Published on April 15, 2016 , under Tattoos

Love It 0



Share with:

- Facebook
- Twitter
- Google+
- WhatsApp

Tags: Full Back Tattoos

IMG PIC (/ip_user/regstration) (/ip_user/login) (/topic/all) (/category/all) (/pic/recentPics) (https://imgpic.org/)

Recent Pics | Categories | Topics | Login | SignUp

Connect With Your Friends

Create A Profile Now facebook.com

(http://www.facebook.com/sharer.php?u=https://imgpic.org/pic/11640) (https://plus.google.com/share?url=https://imgpic.org/pic/11640) (http://reddit.com/submit?urlhttps://imgpic.org/pic/11640&title=ImgPic) (http://www.stumbleupon.com/submit?url=https://imgpic.org/pic/11640&title=ImgPic) (http://www.tumblr.com/share/link?urlhttps://imgpic.org/pic/11640&title=ImgPic) (https://twitter.com/share?urlhttps://imgpic.org/pic/11640&text=ImgPic) Back



(https://s-media-cache-

Top 5 Skin Tighteners

We reviewed the Top 5 Skin Tightening Creams. See which one ranked #1

Reviews&Trust



ak0.pinimg.com/736x/09/67/10/0967107efb6e8e0fba7ebbc3b673b729.jpg)

Back Tattoos - 96

**Saved From** s-media-cache-ak0.pinimg.com (/source/s-media-cache-ak0.pinimg.com) **Posted By** tatuaje (/tatuaje)

it (https://s-media-cache-ak0.pinimg.com/736x/09/67/10/0967107efb6e8e0fba7ebbc3b673b729.jpg)

Views (110)







## Related Pics



(/pic/11574)

Back Tattoos - 31

**Saved From** www.gettattoosideas.com



(/pic/11592)

Back Tattoos - 48

**Saved From** s-media-cache-ak0.pinimg.com



(/pic/11643)

Back Tattoos - 99

**Saved From** s-media-cache-ak0.pinimg.com



(/pic/11627)

Back Tattoos - 83

**Saved From** www.cuded.com

**From:** **Alan Dowling** agdowling@aol.com
**Subject:**
**Date:** April 2, 2018 at 2:03 PM
**To:** Alan Glenn Dowling agdowling@aol.com





From: **Alan Dowling** agdowling@aol.com
Subject:
Date: April 2, 2018 at 1:59 PM
To: Alan Glenn Dowling agdowling@aol.com





From: **Alan Dowling** agdowling@aol.com
Subject:
Date: April 2, 2018 at 2:13 PM
To: Alan Glenn Dowling agdowling@aol.com





From: **Alan Dowling** agdowling@aol.com
Subject:
Date: April 2, 2018 at 2:17 PM
To: Alan Glenn Dowling agdowling@aol.com





From: **Alan Dowling** agdowling@aol.com
Subject:
Date: April 2, 2018 at 2:17 PM
To: Alan Glenn Dowling agdowling@aol.com





**From:** Alan Dowling agdowling@aol.com
**Subject:**
**Date:** April 2, 2018 at 2:21 PM
**To:** Alan Glenn Dowling agdowling@aol.com




