**Alan G. Dowling**
(California Bar No. 70686)
Email: agdowling@aol.com
**ALAN G. DOWLING,**
**A PROFESSIONAL CORPORATION**
1043 Pacific Street, No. 1
Santa Monica, California 90405
Telephone: (818) 679-6395
Fax: (424) 238-5366
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kevin Michael Brophy, Jr.,** an individual, <br><br> Plaintiff, <br><br> vs. <br><br> **Belcalis Almanzar**, aka Cardi B, an individual; **KSR Group, LLC,** a New York limited liability company; **Washpoppin, Inc.,** a New York corporation; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. **8:17-cv-01885-CJC-JPR** <br><br> Hon. Cormac J. Carney <br> U.S. District Judge <br><br> **NOTICE OF MOTION AND DEFENDANTS' MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE, TESTIMONY, AND ARGUMENT RELATING TO DEFENDANTS' GROSS REVENUES, NET INCOME, OR PROFITS FROM MIXTAPES** [Defendants' Motion *in Limine* #2] <br><br> Hearing Date: **April 12, 2021** <br> Time:  **1:30 p.m.** <br> Location:  Ctrm 9B, US Cthse <br>   411 W. Fourth St. <br>   Santa Ana, CA 92701 <br> Complaint filed: 10/26/17 <br> Pre-Trial Conf.: 5/24/21 <br> Trial Date:  6/1/21 |

TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 12, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Cormac J. Carney, United States District Judge, in the above-entitled Court, located at Courtroom 9B, United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701-4516, Defendants Belcalis Almanzar, aka Cardi B, an individual, KSR Group, LLC, a New York limited liability company, and Washpoppin, Inc., a New York corporation (collectively, "Defendants"), will, and hereby do, move this Court for an order precluding any proffer by Plaintiff, Plaintiff's counsel, and persons under their control, of any evidence or testimony in opening or closing statements, during trial, or any argument to the jury relating to Defendants' gross revenues, net income, and profits from exploitation of the sound recordings comprising the mixtapes *Gangsta Bitch Music Vol. 1* ("GBMV1") or *Gangsta Bitch Music Vol. 2* ("GBMV2"), on the ground that no non-speculative causal connection has been or can be shown between the alleged use of a tattoo design from a photograph of Plaintiff as cover artwork for GBMV1 and any revenues from GBMV1 or GBMV2 (*i.e.*, there are no alleged "profits from the unauthorized use" of the tattoo design that are "attributable to" such use, as required to recover a defendant's profits under Cal. Civ. Code § 3344(a).)

The basis of this motion *in limine* is that Plaintiff has no witness, expert or otherwise, competent to establish the requisite non-speculative causal connection, as to which Plaintiff bears the initial burden of proof. By its Order dated December 4, 2020 [Dkt. No. 125], the Court precluded any testimony or evidence at trial from Plaintiff's originally-designated expert, Doug Bania. Plaintiff has designated no other witness qualified or competent to testify on that issue. Plaintiff cannot simply proffer evidence of Defendants' gross revenues, net

ALAN G. DOWLING, A PROFESSIONAL CORPORATION
SANTA MONICA, CA

Brophy v. Almanzar, et al
USDC, CD Cal, Case No. 8:17-cv-01885-CJC-JPR

1

NTC OF MOT AND DEF'S MOT *IN LIMINE* # 2
TO EXCLUDE EVID OF DEFS GROSS REVS ETC

income, or profits, absent the predicate showing of causation.

This motion *in limine* is also based upon considerations of efficiency, judicial economy, and avoidance of confusion or prejudice at trial. If this motion *in limine* is granted, it will greatly narrow the scope of issues in the case, define the parameters of the trial in terms of the witnesses and evidence presented, shorten the time estimated for trial, and avoid the necessity and expense of arranging for the presence of several out-of-district third party witnesses at the trial. In addition, it will reduce the necessary number of jury instructions, the complexity of any proposed verdict forms, the number of witnesses and exhibits, and simplify the content of the proposed Pretrial Conference Order.

This motion *in limine* is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Alan G. Dowling and exhibit thereto, the pleadings and papers on file in this action, all other or further material, evidence or argument as may be presented in connection with the hearing of the motion, and such other matters as the Court may deem just and proper.

This motion is made following a "meet and confer" between counsel that took place principally via detailed correspondence from the moving party's counsel dated January 20, 2021, and further telephonic communication between counsel, pursuant to Local Rule 7-3, which took place on January 27, 2021.

Dated: February 15, 2021    Respectfully Submitted,

**ALAN G. DOWLING, P.C.**

By: /s/ Alan G. Dowling

**Alan G. Dowling**

*Attorney for Defendants*

2

Brophy v. Almanzar, et al
USDC, CD Cal, Case No. 8:17-cv-01885-CJC-JPR

NTC OF MOT AND DEF'S MOT *IN LIMINE* # 2
TO EXCLUDE EVID OF DEFS GROSS REVS ETC

ALAN G. DOWLING, A PROFESSIONAL CORPORATION
SANTA MONICA, CA