**Alan G. Dowling**
(California Bar No. 70686)
Email: agdowling@aol.com
**ALAN G. DOWLING,**
**A PROFESSIONAL CORPORATION**
1043 Pacific Street, No. 1
Santa Monica, California 90405
Telephone: (818) 679-6395
Fax: (424) 238-5366
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kevin Michael Brophy, Jr.,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**Belcalis Almanzar**, aka Cardi B, an individual; **KSR Group, LLC,** a New York limited liability company; **Washpoppin, Inc.,** a New York corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. **8:17-cv-01885-CJC-JPR**<br><br>Hon. Cormac J. Carney,<br>U.S. District Judge<br><br>**NOTICE OF MOTION AND DEFENDANTS' MOTION *IN LIMINE* NO. 3 TO EXCLUDE EVIDENCE, TESTIMONY, AND ARGUMENT REGARDING ANY "KNOWING" USE OF PLAINTIFF'S LIKENESS OR PHOTOGRAPH AND WHETHER PLAINTIFF IS "READILY IDENTIFIABLE" [Defendants' Motion *in Limine* #3]**<br><br>Hearing Date: **April 12, 2021**<br>Time:  **1:30 p.m.**<br>Location:   Ctrm 9B, US Cthse<br>    411 W. Fourth St.<br>    Santa Ana, CA 92701<br>Complaint filed: 10/26/17<br>Pre-Trial Conf.: 5/24/21<br>Trial Date:  6/1/21 |

ALAN G.
DOWLING, A
PROFESSIONAL
CORPORATION
Santa Monica, CA

Brophy v. Almanzar, et al
USDC, CD Cal, Case No. 8:17-cv-01885-CJC-JPR

NTC OF MOT AND DEFS' MOT IN *LIMINE* # 3
TO EXCLUDE CERTAIN EVID UNDER CC 3344

1   TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF

2   RECORD:

3       PLEASE TAKE NOTICE that on April 12, 2021, at 1:30 p.m., or as soon

4   thereafter as the matter may be heard before the Honorable Cormac J. Carney,

5   United States District Judge, in the above-entitled Court, located at Courtroom 7C,

6   United States Courthouse, 350 W. 1st St., Los Angeles, CA 90012, Defendants

7   Belcalis Almanzar, aka Cardi B, ("Cardi B"), KSR Group, LLC, and Washpoppin,

8   Inc., (collectively, "Defendants"), will, and hereby do, move this Court for an

9   order precluding any proffer by Plaintiff of:  (1) any evidence, testimony, and

10  argument purportedly probative of any allegedly "knowing" use of Plaintiff's

11  photograph or likeness by any Defendant, as required under Cal. Civil Code §

12  3344(a), on the grounds that no such evidence, testimony, and argument of any

13  "knowing" use was adduced in discovery, Plaintiff has identified no trial witness

14  competent to establish any such alleged fact, and there is no presumption of such

15  knowledge, nor any reasonable inference thereof from the record; and (2) any

16  evidence, testimony, and argument purportedly probative of any assertion that

17  Plaintiff is "readily identifiable" to the general public (or anyone else) from

18  viewing only the cover artwork image created for the mixtape *Gangsta Bitch*

19  *Music Vol. 1* (the "GBMV1 Cover Image"), as required under Cal. Civil Code  §

20  3344(b), on the grounds that no such evidence or testimony was adduced in

21  discovery, Plaintiff admits that he is not posing in the GBMV1 Cover Image with

22  Cardi B, and Plaintiff has not identified any trial witness competent to establish

23  any such alleged fact.  Defendants will, and hereby do, also move the Court for an

24  order precluding any proffer by Plaintiff, Plaintiff's counsel, and persons under

25  their control, of any such evidence or testimony in opening or closing statements,

26  during trial, or in any argument to the jury.

27

28

ALAN G.
DOWLING, A
PROFESSIONAL
CORPORATION
Santa Monica, CA

Brophy v. Almanzar, et al
USDC, CD Cal, Case No. 8:17-cv-01885-CJC-JPR

1

NTC OF MOT AND DEFS' MOT IN *LIMINE* # 3
TO EXCLUDE CERTAIN EVID UNDER CC 334

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This motion *in limine* is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Alan G. Dowling and Exhibits thereto, the pleadings and papers on file in this action, all other or further material, evidence, or argument as may be presented in connection with the hearing of the motion, and such other matters as the Court may deem just and proper.

This motion is made following a "meet and confer" between counsel that took place by detailed correspondence from the moving party's counsel, dated January 20, 2021, and further telephonic communication between counsel, pursuant to Local Rule 7-3, on January 27, 2021.

Dated:  February 15, 2021          Respectfully Submitted,

                                   **ALAN G. DOWLING, P.C.**


                                   By:  /s/ Alan G. Dowling

                                        **Alan G. Dowling**

                                   *Attorney for Defendants*