| | |
|---|---|
| 1 | Alan G. Dowling (CSB No. 070686) |
| 2 | Email: agdowling@aol.com |
| | **ALAN G. DOWLING,** |
| 3 | **A PROFESSIONAL CORPORATION** |
| 4 | 1043 Pacific St., No. 1 |
| | Santa Monica, CA 90405 |
| 5 | Telephone: (818) 679-6395 |
| 6 | Facsimile: (424) 238-5366 |
| | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., an individual, | Case No. 8:17-cv-01885-CJC(JPRx) |
| | **JOINT RESPONSE OF ALL PARTIES TO COURT'S ORDER OF APRIL 27, 2021 [DOCKET NO. 133]** |
| Plaintiffs, | |
| v. | |
| BELCALIS ALMANZAR aka CARDI B, an individual; KSR GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive, | **[No hearing date]** |
| | **Complaint Filed:   10/26/17** |
| | **[Pretrial Conference and Trial Dates Not Presently Set]** |
| Defendants | |

The parties, Plaintiff Kevin Michael Brophy, Jr, through his counsel of record Lawrence J. Conlan of Cappello & Noel LLP, and Defendants Belcalis Almanzar aka Cardi B, KSR Group, LLC, and Washpoppin, Inc., through their counsel Alan G. Dowling of Alan G. Dowling, A Professional Corporation, respectfully respond to the Court's Order dated April 27, 2021 (Docket No. 133) as follows:

1. The parties' counsel have contacted the Courtroom Deputy of Magistrate Judge Jean P. Rosenbluth, via telephone and email, for purposes of scheduling the settlement conference provided for in the aforesaid Order, and are in the process of selecting a date for a settlement conference on which the parties, counsel, and the Magistrate Judge are available.

2. As directed by the Court, the parties' counsel have met and conferred regarding whether the parties consent to having the trial in this matter rescheduled before a Magistrate Judge, and have <u>not</u> reached a mutual agreement to consent to such a referral.

Dated: May 3, 2021        CAPPELLO & NOËL LLP
                          By:  /s/ Lawrence J. Conlan
                                Lawrence J. Conlan
                          Attorneys for Plaintiff

Dated: May 3, 2021        ALAN G. DOWLING,
                          A PROFESSIONAL CORPORATION
                          By:   /s/ Alan G. Dowling*
                                Alan G. Dowling
                          Attorneys for Defendants

*Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all signatories listed herein above, and on whose behalf this filing is submitted, have authorized this filing.

**CERTIFICATE OF SERVICE**

I, Alan G. Dowling, hereby certify that on May 3, 2021, I electronically filed the following document with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record:

**JOINT RESPONSE OF ALL PARTIES TO COURT'S ORDER OF APRIL 27, 2021 [DOCKET NO. 133]**

                               */s/ Alan G. Dowling*
                               Alan G. Dowling