1  A. Barry Cappello (CSB No. 037835)
   abc@cappellonoel.com
2  Lawrence J. Conlan (CSB No. 221350)
   lconlan@cappellonoel.com
3  Wendy D. Welkom (CSB No. 156345)
   wwelkom@cappellonoel.com
4  **CAPPELLO & NOËL LLP**
5  831 State Street
   Santa Barbara, CA 93101-3227
6  Telephone:  (805)564-2444
   Facsimile:  (805)965-5950
7  *Attorneys for Plaintiff*

8

9              **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

11

12  KEVIN MICHAEL BROPHY, JR., an individual,

13  Plaintiffs,

14  v.

15  BELCALIS ALMANZAR aka CARDI B, an
    individual; KSR GROUP, LLC, a New York
16  limited liability company; WASHPOPPIN, INC.,
    a New York corporation; and DOES 1-20,
17  inclusive,

18  Defendants.

19

20

21

22

| | |
|---|---|
| **Case No. 8:17-cv-01885-CJC(JPRx)** | |
| Hon. Cormac J. Carney, U.S. District Judge | |
| **DECLARATION OF LAWRENCE J. CONLAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO RESET TRIAL DATE AND REQUEST FOR ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANT BELCALIS ALMANZAR FOR BAD FAITH CONDUCT** | |
| Complaint filed: | Oct. 26, 2017 |
| Pre-Trial Conference: | Jan. 18, 2022 |
| Trial: | Feb. 1, 2022 |

23

24

25

26

27

28

1    I, Lawrence J. Conlan, declare as follows:

2    1.    I am an attorney at the law licensed to practice before the United States

3  District Court, Central District of California.  I am an attorney at the law firm of

4  Cappello & Noël LLP and counsel for Plaintiff in the above-captioned matter. I

5  have personal knowledge of the facts set forth in this declaration, and, if called as a

6  witness, I could testify competently to the matters set forth herein.

7    2.    I submit this declaration, pursuant to Civil K.R. 7-19.1(b), in support

8  of the concurrently filed PLAINTIFF'S EX PARTE APPLICATION TO RESET

9  TRIAL DATE AND REQUEST FOR ORDER TO SHOW CAUSE WHY

10  SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANT

11  BELCALIS ALMANZAR FOR BAD FAITH CONDUCT.

12    3.    I made reasonable, good faith efforts to advise and provide notice of

13  the Application to counsel for Defendants.  At 4:47 p.m. on Tuesday, October 4,

14  2021, I e-mailed Alan Dowling and provided notice and grounds of the ex parte

15  application in accord with Local Rule 7-19.  Attached hereto as **Exhibit A** is a true

16  and correct copy of the e-mail to Mr. Dowling.

17    4.    Alan Dowling responded to my email notice on October 5, and denied

18  that Ms. Almanzar's recent declaration field with the Court was false or

19  misleading. Attached hereto as **Exhibit B** is a true and correct copy of Mr.

20  Dowling's email.

21    5.    Attached hereto as **Exhibit C** is true and correct copy of Page Six

22  Article "Cardi B drips in feathers for first red carpet since giving birth."

23    6.    Attached hereto as **Exhibit D** is the true and correct copy of Page Six

24  Article "Cardi B's wild Paris Fashion Week outfit includes golden nipples."

25    7.    Attached hereto as **Exhibit E** is the true and correct copy of Daily

26  Mail article "Cardi B puts on a VERY busty display as she strolls into Paris party

27  hand-in-hand with her husband Offset weeks after welcoming second child."

28

DECLARATION OF LAWRENCE J. CONLAN IN
SUPPORT OF EX PARTE APPLICATION

8.      Attached hereto as **Exhibit F** is a true and correct copy of BuzzFeed article "Cardi B Made Her First Public Appearance Since Giving Birth And Your Honor, She's Serving."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October, 2021, at Santa Barbara, California.

*/s/  Lawrence J. Conlan*
Lawrence J. Conlan