| | |
|---|---|
| 1 | A. Barry Cappello (CSB No. 037835) |
| 2 | abc@cappellonoel.com |
|   | Lawrence J. Conlan (CSB No. 221350) |
| 3 | lconlan@cappellonoel.com |
| 4 | Wendy D. Welkom (CSB No. 156345) |
|   | wwelkom@cappellonoel.com |
| 5 | **CAPPELLO & NOËL LLP** |
| 6 | 831 State Street |
|   | Santa Barbara, CA 93101-3227 |
| 7 | Telephone:  (805)564-2444 |
| 8 | Facsimile:  (805)965-5950 |
|   | *Attorneys for Plaintiff* |
| 9 | |
| 10 | Alan G. Dowling (CSB 70686) |
|    | agdowling@aol.com |
| 11 | **ALAN G. DOWLING, APC** |
| 12 | 1043 Pacific Street, No. 1 |
|    | Santa Monica, CA 90405 |
| 13 | Telephone:  (818) 679-6395 |
| 14 | Facsimile:  (424) 238-5366 |
|    | *Attorney for Defendants* |
| 15 | |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., an individual, | **Case No. 8:17-cv-01885-CJC(JPRx)** |
| | Judge: Hon. Cormac J. Carney, |
| Plaintiffs, | Location: Courtroom |
| v. | **JOINT WITNESS LIST** |
| BELCALIS ALMANZAR aka CARDI B, an individual; KSR GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive, | Motion Cut-Off:           Sept. 21, 2020<br>Pre-Trial Conference:  Jan. 18, 2022<br>Trial:                           Feb. 1, 2022 |
| Defendants. | |

Plaintiff and Defendants hereby submit the following joint trial witness list indicating those witnesses whom they expect to call at trial or may call if need arises, either in person or by deposition. Many of the witnesses listed below have previously submitted declarations and/or testified in deposition or in a prior matter, and their testimony at trial may include the matters covered in such declarations or testimony.

Each party reserves the right not to call or present testimony from any particular witness, though Plaintiff has committed to producing Mr. Brophy, Mrs. Brophy and Mr. Hendricks, and Defendants have committed to producing Ms. Almanzar, Mr. Rafael and Mr. Gooden, at trial. By identifying witnesses below, the party does not agree to make any other witness(es) available for trial. The order in which the witnesses are listed represents the parties' present expectation of the order in which they will be called at trial in each respective party's case-in-chief, but is not necessarily the order in which witnesses will in fact be called at trial. Each party reserves the right to call witnesses identified by the other party. The list below does not necessarily include all of those witnesses whom the Parties may call at trial for impeachment or rebuttal. Each Party reserves the right to amend all time estimates.

## WITNESSES PLAINTIFF EXPECTS TO PRESENT

*Indicates that witness will be call only if need arises

**Kevin Michael Brophy, Jr.** – Plaintiff -- Mr. Brophy may be contacted through his counsel of record, Cappello & Noel, LLP, 831 State St., Santa Barbara, CA 93101-3227 (805) 564-2444.

Summary of expected testimony on behalf of Plaintiff: Issues pertaining to the claims and potential defenses raised in this action; Plaintiff's unique, recognizable and identifiable tattoo; Plaintiff's reaction to learning about the use of his likeness on the Gangsta Bitch Vol. 1 mixtape; his lack of consent; the harm and

injury Plaintiff has suffered; his observations of use of his likeness on a variety of merchandise now available in public; Plaintiff's damages.

    Time Estimates:    Direct Examination:    3 hours

                       Re-Direct Examination:  .75 hours

**Lindsay Michelle Brophy** – Plaintiff's wife -- Mr. Brophy may be contacted through his counsel of record, Cappello & Noel, LLP, 831 State St., Santa Barbara, CA 93101-3227 (805) 564-2444.

Summary of expected testimony on behalf of Plaintiff: Issues pertaining to the claims and potential defenses raised in this action; Plaintiff's unique, recognizable and identifiable tattoo; Plaintiff's reaction to learning about the use of his likeness on the Gangsta Bitch Vol. 1 mixtape; his lack of consent; the harm and injury Plaintiff has suffered; his observations of use of his likeness on a variety of merchandise now available in public; Plaintiff's damages.

    Time Estimates:    Direct Examination:    1 hour

                       Re-Direct Examination:  .5 hours

**Timothy Hendricks** – Plaintiff's tattoo designer -- Classic Tattoo, 521 N. Harbor Blvd., Fullerton, California 92832; (714) 870-0805.

Summary of expected testimony on behalf of Plaintiff: The creation and inking of Plaintiff's tattoo; Mr. Hendrick's friendship with Plaintiff; the uniqueness, recognizability and value of Plaintiff's tattoo.

    Time Estimates:    Direct Examination:    1.5 hours

                       Re-Direct Examination:  .5 hours

**Belcalis Almanzar, aka Cardi B** –Defendant and Principal of Defendant Washpoppin, Inc.-- Ms. Almanzar may be contacted through her counsel of record, Alan G. Dowling, Esq., 1043 Pacific St., No. 1, Santa Monica, CA 90405, (818) 679-6395.

Summary of expected testimony on behalf of Plaintiff: Issues pertaining to the claims and potential defenses raised in this action; Defendants' creation, publication

and use of Plaintiff's likeness; Defendants' profits earned from the Gangsta Bitch Music Vol. 1 mixtape; Defendants' receipt of cease and desist letters and continuing use of Plaintiff's likeness against his consent.

    Time Estimates:   Cross Examination:     4 hours

                          Re-Cross Examination:  1.5 hours

**Klenord Shaft Rafael, aka Shaft** –Principal of Defendant KSR Group, LLC--- Mr. Rafael may be contacted through Defendants' counsel of record, Alan G. Dowling, Esq., 1043 Pacific St., No. 1, Santa Monica, CA 90405, (818) 679-6395.

Summary of expected testimony on behalf of Plaintiff: Issues pertaining to the claims and potential defenses raised in this action; Defendants' creation, publication and use of Plaintiff's likeness; Defendants' profits earned from the Gangsta Bitch Music Vol. 1 mixtape; Defendants' receipt of cease and desist letters and continuing use of Plaintiff's likeness against his consent.

    Time Estimates:   Cross Examination:     3 hours

                          Re-Cross Examination:  1.5 hours

**Timm Gooden** –Graphic Designer -- 87-05 166th Street Apt 4C, Jamaica, New York 11432, (347) 882-7056.

Summary of expected testimony on behalf of Plaintiff: Communications with Defendants and others concerning the creation of the Gangsta Bitch Music Vol. 1 mixtape cover; Mr. Gooden's work on behalf of Defendants.

    Time Estimates:   Cross Examination:     .75 hours

                          Re-Cross Examination:  .25 hours

**\*Jason Lacheta** – Business Manager/Senior Accountant, Boulevard Management, 21731 Ventura Blvd #300, Woodland Hills, CA 91364, (310) 278-8588, Jason@blvdmgmt.com.

Summary of expected testimony on behalf of Plaintiff: Defendants' earnings and financial condition.

    Time Estimates:   Cross Examination:      2 hours

                         Re-Cross Examination:  .5 hours

**\*Joey Seiler** – General Counsel, Empire Distribution, Records and Publishing, Inc., 235 Pine Street, 24th Floor, San Francisco, CA, (415) 528 5508, joey@empi.re.

Summary of expected testimony on behalf of Plaintiff: Empire's business relationship with Defendants; distribution of the Gangsta Bitch Music Vol. 1 mixtape; royalties and profits earned from the Gangsta Bitch Music Vol. 1 mixtape.

    Time Estimates:   Cross Examination:      1.5 hours

                         Re-Cross Examination:  .5 hours

## **WITNESSES DEFENDANTS EXPECT TO PRESENT**

\*Indicates that witness will be called only if the need arises

**Belcalis Almanzar, aka Cardi B** – Defendant and Principal of Defendant Washpoppin, Inc.-- Ms. Almanzar may be contacted through her counsel of record, Alan G. Dowling, Esq., 1043 Pacific St., No. 1, Santa Monica, CA 90405, (818) 679-6395.

Summary of expected testimony in behalf of Defendants: All issues pertaining to the claims and defenses raised in this action; information pertinent to the activities and career of Cardi B, including without limitation as regards the mixtape *Gangsta Bitch Music, Vol 1* and the mixtape artwork for that work; information regarding the creation and operation of Washpoppin, Inc.; also, testimony anticipated in support of various of the affirmative defenses asserted by

this and any other defendants in this action, and their denial of various allegations by Plaintiff.

   Time Estimates: Direct Examination:  2.5 hours
          Re-Direct Examination: 0.5 hours

  **Klenord Shaft Rafael, aka Shaft** –Principal of Defendant KSR Group, LLC-- Mr. Rafael may be contacted through Defendants' counsel of record, Alan G. Dowling, Esq., 1043 Pacific St., No. 1, Santa Monica, CA 90405, (818) 679-6395.

  Summary of expected testimony in behalf of Defendants: All issues pertaining to the claims and defenses raised in this action; information pertinent to the activities and career of Cardi B, including without limitation as regards the mixtape *Gangsta Bitch Music, Vol 1* and the mixtape artwork for that work, and especially the involvement of KSR Group, LLC; information regarding the creation and operation of KSR Group, LLC; also, testimony anticipated in support of various of the affirmative defenses asserted by this and any other defendants in this action, and their denial of various allegations by Plaintiff.

   Time Estimates: Direct Examination:  3.0 hours
          Re-Direct Examination: 0.5 hours

  **Kevin Michael Brophy, Jr.** – Plaintiff – Mr. Brophy may be contacted through his counsel of record, Cappello & Noel, LLP, 831 State St., Santa Barbara, CA 93101-3227 (805) 564-2444.

  Summary of expected testimony in behalf of Defendants: Information pertinent to the subject matter of the Complaint or other court papers filed by or in behalf of the Plaintiff herein, all claims and assertions of fact or law set forth therein, and further including in particular but without limitation as regards any and all alleged injury or damages suffered by the Plaintiff; also, testimony anticipated in support of various of the affirmative defenses asserted by this and any other defendants in this action, and their denial of various allegations by Plaintiff.

   Time Estimates: Cross Examination:  2.5 hours

                                        Re-Cross Examination:   0.5 hours

**Lindsay Michelle Brophy** – Plaintiff's wife -- Mr. Brophy may be contacted through his counsel of record, Cappello & Noel, LLP, 831 State St., Santa Barbara, CA 93101-3227 (805) 564-2444.

    Summary of expected testimony in behalf of Defendants: Information pertinent to the subject matter of the Complaint or other court papers filed by or in behalf of the Plaintiff herein, all claims and assertions of fact or law set forth therein, and further including in particular but without limitation as regards any and all alleged injury or damages suffered by the Plaintiff; also, testimony anticipated in support of various of the affirmative defenses asserted by this and any other defendants in this action, and their denial of various allegations by Plaintiff.

    Time Estimates:   Cross Examination:        1.0 hours
                             Re-Cross Examination:   0.5 hours

**Timothy Hendricks** – Plaintiff's tattoo designer -- Classic Tattoo, 521 N. Harbor Blvd., Fullerton, California 92832; (714) 870-0805.

    Summary of expected testimony in behalf of Defendants: The design, creation, history, and content of Plaintiff's back and arm tattoos, the ownership of any and all rights (including without limitation copyright) in the design thereof, the publication of any photographs or other pictorial depictions thereof by Mr. Hendricks or any third parties, and tattoo art history, designs and customs.

    Time Estimates:   Cross Examination:        1.5 hours
                               Re-Cross Examination:   .5 hours

**Timm Gooden** – Graphic Designer -- 87-05 166th Street, Apt 4C, Jamaica, New York 11432, (347) 882-7056.

    Summary of expected testimony in behalf of Defendants: The design and creation of the mixtape artwork for *Gangsta Bitch Music, Vol 1*, and his communications relating thereto; issues pertaining to the claims and defenses raised

in this action; also, testimony anticipated in support of various of the affirmative defenses asserted by this and any other defendants in this action, and their denial of various allegations by Plaintiff.

    Time Estimates:   Direct Examination:   1.5 hours

                      Re-Direct Examination:  0.5 hours

**\*Brandon Walczak, aka The6atSix**- Mr. Walczak may be contacted through Defendants' counsel of record, Alan G. Dowling, Esq., 1043 Pacific St., No. 1, Santa Monica, CA 90405, (818) 679-6395.

Summary of expected testimony in behalf of Defendants: Creation and circumstances of the original photographs taken of him posing with Cardi B, of which one was selected for use in the creation of the mixtape artwork for *Gangsta Bitch Music, Vol 1*.

    Time Estimates:   Direct Examination:   0.5 hours

                      Re-Direct Examination:  0.25 hours

 **\*Patientce Foster**-- The Cream Agency, 1007 N Orange St, Wilmington, DE 19801.

Summary of expected testimony in behalf of Defendants: Developments and historical events in the career of Cardi B; factors contributing to her popularity and success; preparation of exhibit produced in this case.

    Time Estimates:   Direct Examination:   0.5 hours

                      Re-Direct Examination:  0.25 hours

**\*Ravi Shelton** – personal manager --Outlet Media Group, LLC, 5736 Jamerson Dr., Atlanta, GA 30359.

Summary of expected testimony in behalf of Defendants: Developments and historical events in the career of Cardi B; factors contributing to her popularity and success.

    Time Estimates:   Direct Examination:   0.5 hours

Re-Direct Examination:   0.25 hours

***Jason Lacheta** – Business Manager/Senior Accountant, Boulevard Management, 21731 Ventura Blvd #300, Woodland Hills, CA 91364, (310) 278-8588, Jason@blvdmgmt.com.

Summary of expected testimony on behalf of Defendants: Tax returns and financial statements prepared for Cardi B and Washpoppin, Inc.; accounting and financial information pertinent to the sale, licensing or exploitation of *Gangsta Bitch Music, Vol 1*, or pertinent to other income or expenses related to the career and professional or business activities of Cardi B, in so far as such matters become relevant and discoverable in this action.

Time Estimates:   Direct Examination:   1.0 hours
Re-Direct Examination:   0.5 hours

**\*Neil Gargiulo**[1] – Financial Advisor -- Gargiulo & Company, 120 Broadway, Ste 945, New York, NY 10271 (212) 587-7270.

Summary of expected testimony on behalf of Defendants: Tax returns prepared for KSR Group, LLC and Klenord Shaft Raphael; accounting and financial information pertinent to the sale, licensing or exploitation of *Gangsta Bitch Music, Vol 1*, or pertinent to other income or expenses related to the professional or business activities of KSR Group, LLC, in so far as such matters become relevant and discoverable in this action.

Time Estimates:   Direct Examination:   1.0 hours
Re-Direct Examination:   0.5 hours

---

[1] Plaintiff objects to Defendants calling Mr. Gargiulo as a trial witness on the grounds that he was not timely disclosed.

**Errol Wander**[2] – Partner, Citrin Cooperman Advisors LLC, 529 Fifth Avenue, New York, NY 10017 (212) 697-1000, ewander@citrincooperman.com.

Summary of expected testimony on behalf of Defendants: Financial affairs and information pertinent to KSR Group, LLC; accounting and financial information pertinent to the sale, licensing or exploitation of *Gangsta Bitch Music, Vol 1*, or pertinent to other income or expenses related to the professional or business activities of KSR Group, LLC, in so far as such matters become relevant and discoverable in this action.

Time Estimates:   Direct Examination:   0.5 hours
                  Re-Direct Examination: 0.5 hours

**Michael Kushner** - Head of Business and Legal Affairs, Atlantic Recording Corporation, 1633 Broadway, New York, NY 10019.

Summary of expected testimony on behalf of Defendants: Royalty accounting, streaming, factors contributing to sales/purchasing and streaming, marketing, promotion, issues relating to apportionment and causation vis-à-vis Plaintiff's claims for disgorgement of profits, corporate motives vis-à-vis Cardi B-related contracts and advances; information pertinent to the negotiation, entry into, and performance under any agreement(s) with KSR Group, LLC, Washpoppin, Inc. and/or Belcalis Almanzar (professionally known as Cardi B) pertaining to or applicable to recordings by and activities of Cardi B, and information pertaining to release, sale and other exploitation of such recordings, and the generation of income and incurring of expenses in connection therewith; also, testimony anticipated in support of various of the affirmative defenses asserted by this and any other defendants in this action, and their denial of various allegations by Plaintiff.

Time Estimates:   Direct Examination:   0.5 hours

---

[2] Plaintiff objects to Defendants calling Mr. Wander as a trial witness on the grounds that he was not timely disclosed.

Re-Direct Examination:   0.5 hours

**\*Joey Seiler** – General Counsel, Empire Distribution, Records and Publishing, Inc., 235 Pine Street, 24th Floor, San Francisco, CA, (415) 528 5508, joey@empi.re.

Summary of expected testimony on behalf of Defendants: Royalty accounting, streaming, factors contributing to sales/purchasing and streaming, marketing, promotion, issues relating to apportionment and causation vis-à-vis Plaintiff's claims for disgorgement of profits, corporate motives vis-à-vis Cardi B-related contracts and advances; information pertinent to the negotiation, entry into, and performance under any agreement(s) with KSR Group, LLC, Washpoppin, Inc. and/or Belcalis Almanzar (professionally known as Cardi B) pertaining to or applicable to recordings by and activities of Cardi B, and information pertaining to release, sale and other exploitation of such recordings, and the generation of income and incurring of expenses in connection therewith; also, testimony anticipated in support of various of the affirmative defenses asserted by this and any other defendants in this action, and their denial of various allegations by Plaintiff.

Time Estimates:   Direct Examination:       1.0 hours
Re-Direct Examination:   0.5 hours

**\*David Przygoda** - Senior Litigation Counsel, Sony Corporation of America, 25 Madison Avenue, 26th Floor, New York, NY 10010-8601, Phone:  212-833-5223, david.przygoda@sony.com.

Summary of expected testimony on behalf of Defendants: Royalty accounting, corporate motives vis-à-vis Cardi B-related contracts and advances.

Time Estimates:   Direct Examination:       0.5 hours
Re-Direct Examination:   0.5 hours

***Richard N. Joseph, Esq.** – Attorney – Law Offices of Richard Joseph, 8500 Wilshire Blvd., Suite 700, Beverly Hills, California 90211, (323) 782-1776, rjoseph@rjml.net.

Summary of expected testimony on behalf of Defendants: Information pertinent to the activities and career of Cardi B, Washpoppin, Inc. and KSR Group, LLC, in so far as attorney-client privilege or attorney work product protection may either be waived or deemed inapplicable, including without limitation as regards the negotiation of music recording, publishing, merchandising and live performance agreements is concerned, and in particular as regards mixtape *Gangsta Bitch Music, Vol 1* and the mixtape artwork for that work; also, testimony anticipated in support of various of the affirmative defenses asserted by this and any other defendants in this action, and their denial of various allegations by Plaintiff.

Time Estimates:   Direct Examination:      0.5 hours
                   Re-Direct Examination:   0.5 hours

**\*Lawrence J. Conlan, Esq.[3]** – Attorney – Cappello & Noel, LLP, 831 State St., Santa Barbara, CA 93101-3227 (805) 564-2444.

Summary of expected testimony on behalf of Defendants: Information pertaining to the filing and prosecution of this action, and the sending of cease-and-desist letters.

Time Estimates:   Direct Examination:      0.25 hours
                   Re-Direct Examination:   0.25 hours

---

[3] Plaintiff objects to Defendants calling Mr. Conlan, trial counsel for Plaintiff, as a trial witness. The parties shall continue to meet and confer, and if necessary Plaintiff will file a motion for a protective order.

Dated: January 4, 2022                    **CAPPELLO & NOËL LLP**

By: */s/ Lawrence J. Conlan*
A Barry Cappello
Lawrence J. Conlan


Dated: January 4, 2022                    **ALAN G. DOWLING, APC**

By:   */s/ Alan G. Dowling*
   Alan G. Dowling