UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BELCALIS ALMANZAR aka CARDI B; KSR GROUP, LLC; WASHPOPPIN, INC.; and DOES 1–20,<br><br>Defendants. | Case No.: SACV 17-01885-CJC(JPRx)<br><br>**ORDER DENYING DEFENDANTS' MOTIONS *IN LIMINE* [Dkts. 151, 152]** |

In this case, Plaintiff Kevin Michael Brophy, Jr. alleges that Defendants Belcalis Almanzar (also known as Cardi B), KSR Group LLC, and Washpoppin, Inc. misappropriated his likeness by placing an image on Cardi B's album covers that "explicitly misrepresents [P]laintiff having sex with Cardi B." (Dkt. 1 [Complaint] ¶ 21.) Plaintiff asserts claims for (1) misappropriation of his likeness or identity, (2) unlawful use of his likeness under California Civil Code § 3344, and (3) invasion of privacy (false

light). (*Id*. ¶¶ 32–55.) Now before the Court are two motions *in limine* relating to Plaintiff's second claim. (Dkts. 151, 152.)

The first motion relates to the damages Plaintiff may recover under his § 3344 claim. Damages recoverable under § 3344 include "any profits from the unauthorized use that are **attributable to** the use." Cal. Civil Code § 3344(a) (emphasis added). Defendants argue that Plaintiff cannot show what portion of Defendants' profits were attributable to their allegedly unlawful use of Plaintiff's likeness—especially after the Court excluded Plaintiff's damages expert—and on that basis seek to exclude all evidence or argument relating to Defendants' gross revenues, net income, or profits from the relevant mixtapes. (Dkt. 151.)

The second motion relates to whether Plaintiff can prove that Defendants are liable under § 3344. That statute imposes liability on "[a]ny person who **knowingly** uses another's . . . photograph, or likeness, in any manner, on or in products, merchandise, or goods, or for purposes of advertising or selling, or soliciting purchases of, products, merchandise, goods or services, without such person's prior consent." Cal. Civil Code § 3344(a) (emphasis added). A "photograph" under this section is defined as any photograph or photographic reproduction "such that the person is **readily identifiable**." Cal. Civil Code § 3344(b) (emphasis added). In turn, the statute explains that "[a] person shall be deemed to be readily identifiable from a photograph when one who views the photograph with the naked eye can reasonably determine that the person depicted in the photograph is the same person who is complaining of its unauthorized use." Cal. Civil Code § 3344(b)(1). Defendants argue that Plaintiff cannot show that they knowingly used his likeness or that Plaintiff is readily identifiable on the mixtape covers, and on that basis seek to exclude any evidence, testimony, and argument regarding those issues. (Dkt. 152.)

Defendants' motions *in limine* are **DENIED**. Motions *in limine* are generally used to exclude particular, identified pieces of evidence. Motions that seek to exclude broad categories of evidence, as both of Defendants' motions do, are generally disfavored. *See Advanced Visual Image Design, LLC v. Exist, Inc.*, 2013 WL 12134183, at *4 (C.D. Cal. Nov. 25, 2013). Moreover, "[a] motion *in limine* is not a proper vehicle by which to seek summary judgment on all or a portion of a claim." *Bakst v. Cmty. Mem'l Health Sys., Inc.*, 2011 WL 13214315, at *3 (C.D. Cal. Mar. 7, 2011); *see Altair Instruments, Inc. v. Telebrands Corp.*, 2021 WL 5238787, at *1 (C.D. Cal. Feb. 18, 2021) (explaining that "motions *in limine* should not be used as disguised motions for summary judgment"); *Advanced Visual Image Design*, 2013 WL 12134183, at *4 ("Nor should a motion in limine be used as a substitute for a motion for summary judgment."). Both of Defendants' motions ask the Court to decide whether or not Plaintiff has sufficient evidence to show a particular element of his § 3344 claim. It is not proper for the Court to do so on a motion *in limine*.

DATED:     January 12, 2022

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE