**F I L E D**
CLERK, U.S. DISTRICT COURT

JAN 18, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rrp _____ DEPUTY

DRAFT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **KEVIN MICHAEL BROPHY, JR.,** | **Case No.: SACV 17-01885-CJC(JPRx)** |
| **Plaintiff,** | |
| **v.** | **[*DRAFT*] PHASE I VERDICT FORM** |
| **BELCALIS ALMANZAR aka CARDI B; KSR GROUP, LLC; WASHPOPPIN, INC.; and DOES 1–20,** | |
| **Defendants.** | |

# VERDICT FORM

We, the jury in the above-entitled case, find the following verdict on the questions submitted to us:

## A.     LIABILITY FOR MR. BROPHY'S CLAIMS

1. Did Mr. Brophy prove by a preponderance of the evidence his claim that Cardi B, Washpoppin, and/or KSR misappropriated his likeness?

|  | **YES** | **NO** |
|---|---|---|
| Cardi B | _____ | _____ |
| Washpoppin, Inc. | _____ | _____ |
| KSR Group, LLC | _____ | _____ |

*Proceed to Question 2.*

2. Did Mr. Brophy prove by a preponderance of the evidence his claim that Cardi B, Washpoppin, and/or KSR used his likeness in violation of California Civil Code section 3344?

|  | **YES** | **NO** |
|---|---|---|
| Cardi B | _____ | _____ |
| Washpoppin, Inc. | _____ | _____ |
| KSR Group, LLC | _____ | _____ |

*Proceed to Question 3.*

3. Did Mr. Brophy prove by a preponderance of the evidence his claim that Cardi B, Washpoppin, and/or KSR portrayed Mr. Brophy in a false light?

|  | **YES** | **NO** |
|---|---|---|
| Cardi B | _____ | _____ |
| Washpoppin, Inc. | _____ | _____ |
| KSR Group, LLC | _____ | _____ |

*If you answered "YES" to Question 1, Question 2, or Question 3, proceed to Section B to answer questions on Mr. Brophy's non-economic damages. If you answered "NO" for each Defendant in Question 1, Question 2, and Question 3 of Section A, do not answer any other question, the presiding juror shall sign and date the last page of the verdict form and return it to the Court.*

**B.  MR. BROPHY'S NON-ECONOMIC DAMAGES: EMOTIONAL DISTRESS AND HARM TO REPUTATION**

1. What are Mr. Brophy's damages for **past** emotional distress, humiliation, embarrassment, mental suffering, and anxiety?

$_____

*Proceed to Question 2.*

2. What are Mr. Brophy's damages for **future** emotional distress, humiliation, embarrassment, mental suffering, and anxiety?

$_____

*Proceed to Question 3.*

3. What are Mr. Brophy's damages for harm to his reputation and loss of standing in the community?

$_____

*Proceed to Question 4.*

4. What percentage of liability do you assign for Mr. Brophy's emotional distress and harm to his reputation to each Defendant?  Any Defendant who you find was NOT liable for all of Mr. Brophy's claims must be assigned 0%.

Cardi B                                        _____%

Washpoppin, Inc.                               _____%

KSR Group, LLC                                 _____%

Your total must equal 100%.

*If you found any of the Defendants liable for Mr. Brophy's misappropriation of likeness claim, that is, you answered "YES" to Section A, Question 1, proceed to Section C, Question 1.  If you found any of the Defendants liable for Mr. Brophy's use of likeness claim in violation of California Civil Code section 3344, that is you answered "YES" to Section A, Question 2, proceed to Section C, Question 2.  If you found any of the Defendants were liable for both claims, answer both Question 1 and Question 2 of Section C.*

**C.     MR. BROPHY'S ECONOMIC DAMAGES: COMMERCIAL LIKENESS AND PROFITS**

1.  What is the commercial value of Mr. Brophy's likeness?

$_____

*If you answered "YES" to Section A, Question 2 (use of likeness or photograph in violation of California Civil Code section 3344), answer Question 2.*

2.  What amount of profits did Cardi B, Washpoppin, and/or KSR receive that are attributable to the use of Mr. Brophy's likeness or photograph?

Cardi B                  $_____

Washpoppin, Inc.         $_____

KSR Group, LLC           $_____

*If you assigned damages to any of the Defendants in Question 2 of this section, proceed to Question 3.*

3.  What amount of prejudgment interest for the profits awarded in Section C, Question 2 is Mr. Brophy entitled to?

$_____

**D.      LIABILITY FOR PUNITIVE DAMAGES**

    1.  Did Mr. Brophy prove by clear and convincing evidence that Cardi B, Washpoppin, and/or KSR acted with malice, oppression, or fraud in causing Mr. Brophy's harm?

|  | **YES** | **NO** |
|---|---|---|
| Cardi B | _____ | _____ |
| Washpoppin, Inc. | _____ | _____ |
| KSR Group, LLC | _____ | _____ |

*Please sign and date this form, and then return it to the Court.*

Dated:      _____

Signed:      _____
            *Presiding Juror*