1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BELCALIS ALMANZAR aka CARDI B, an individual; KSR GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 8:17-cv-01885-CJC(JPRx)<br><br>**ORDER GRANTING STIPULATION REGARDING TRIAL EXHIBITS 288, 289 AND 290**<br><br>Judge:     Hon. Cormac J. Carney<br><br>Complaint filed:    Oct. 26, 2017<br>Motion Cut-Off:    Sept. 21, 2020<br>Discovery Motions:   Aug. 3, 2020<br>Pre-Trial Conference: July 28, 2022<br>Trial:           Aug. 3, 2022 |

The Court having considered Plaintiff and Defendants Joint Stipulation Regarding Trial Exhibits 228, 289 and 290, hereby GRANTS the Stipulation.

IT IS SO ORDERED.

Dated July 29, 2022

_____
Honorable Cormac Carney