UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 17-01885-CJC					Date: July 29, 2022

Title: KEVIN MICHAEL BROPHY, JR. V. BELCALIS ALMANZAR AKA CARDI B. ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present						None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER CONTINUING TRIAL DATE AND DIRECTING SUBSTITUTION OF DEFENSE COUNSEL**

Trial is currently set in this case to begin on August 3, 2022. Due to the unavailability of defense counsel because of serious illness, the Court **CONTINUES** the trial date in this case to **Tuesday, October 18, 2022 at 8:30 a.m.** Defendants are **ORDERED** to substitute new counsel by **Friday, August 12, 2022**. A status conference with Defendants' new counsel and Plaintiff's counsel will be held on **Wednesday, August 17, 2022 at 10:00 a.m.**

as
MINUTES FORM 11
CIV-GEN									Initials of Deputy Clerk RRP