1  JONATHAN L. SEGAL (State Bar No. 264238)
    jonathansegal@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
4  Fax: (213) 633-6899

5  Attorney for Defendants
   BELCALIS ALMANZAR aka CARDI B; KSR
6  GROUP, LLC; WASHPOPPIN, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

10

11 | KEVIN MICHAEL BROPHY, JR.,                       | Case No. 8:17-cv-01885-CJC(JPRx)
12 |              Plaintiff,                          | Hon. Cormac J. Carney
                                                      | U.S. District Judge
13 |       vs.
                                                      | **DEFENDANTS' STATUS REPORT**
14 | BELCALIS ALMANZAR aka CARDI B,                   | **PURSUANT TO THE COURT'S**
   | an individual; KSR GROUP, LLC, a New             | **AUGUST 17, 2022 MINUTE ORDER**
15 | York limited liability company;
   | WASHPOPPIN, INC., a New York
16 | corporation; and DOES 1-20, inclusive,
                                                      | Action Filed:  October 26, 2017
17 |              Defendants.                         | Trial Date:    October 18, 2022

18

---

DEFENDANTS' STATUS REPORT PURSUANT TO THE COURT'S
AUGUST 17, 2022 MINUTE ORDER

Defendants Belcalis Almanzar, professionally known as Cardi B, KSR Group, LLC, and Washpoppin, Inc. (collectively, "Defendants") respectfully submit this Status Report pursuant to the Court's comments during the August 17, 2022 status conference and the Court's August 17, 2022 minute order (ECF No. 197).

Counsel and the law firm Davis Wright Tremaine LLP will continue to represent Defendants in this action and work diligently to prepare to try the case. Pursuant to the Court's comments at the August 17, 2022 status conference, Defendants also reserve the right to renew their motion for continuance of trial (ECF No. 196), which was denied without prejudice (ECF No. 197), if after diligent preparation circumstances still necessitate a continuance. Defendants understand that the Court will set a final pre-trial hearing before October 18, 2022.

DATED: August 19, 2022

DAVIS WRIGHT TREMAINE LLP
JONATHAN L. SEGAL

By: _____
Jonathan L. Segal
Attorney for Defendants BELCALIS ALMANZAR aka CARDI B; KSR GROUP, LLC; WASHPOPPIN, INC.

1

DEFENDANTS' STATUS REPORT PURSUANT TO THE COURT'S AUGUST 17, 2022 MINUTE ORDER

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899