JONATHAN L. SEGAL (State Bar No. 264238)
  jonathansegal@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorney for Defendants
BELCALIS ALMANZAR,
WASHPOPPIN, INC., and KSR GROUP, LLC

LISA F. MOORE (admitted *pro hac vice*)
  lisa@themoorefirm.com
MOORE PEQUIGNOT, LLC
887 West Marietta Street, Suite M-102
Atlanta, Georgia, 30318
Telephone:  (213) 633-6800

Attorney for Defendants
BELCALIS ALMANZAR and
WASHPOPPIN, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., <br><br>Plaintiff, <br><br>vs. <br><br>BELCALIS ALMANZAR aka CARDI B, an individual; KSR GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive, <br><br>Defendants. | Case No. 8:17-cv-01885-CJC(JPRx) <br><br>DEFENDANTS' PROPOSED MODIFICATIONS TO ITS PORTION OF THE STATEMENT OF THE CASE <br><br>Declaration of Jonathan L. Segal Submitted Herewith |

      Defendants Belcalis Almanzar, professionally known as Cardi B ("Cardi B"), Washpoppin, Inc. ("Washpoppin") and KSR Group, LLC ("KSR," and collectively with Cardi B and Washpoppin, the "Defendants"), in reviewing the record in this case, learned that the Court characterized the third paragraph of the Statement of the Case as Defendants' place to insert their denial of Plaintiff's allegations. *See* Declaration of Jonathan Segal ("Segal Decl.") Ex. A at 36:22 – 37:10; 37:19 – 37:20 (Transcript of July 18, 2022 Pre-Trial Conference). Defendants therefore respectfully request that the Court substitute the below paragraph summarizing Defendants' contentions, in place of the third paragraph of the Statement of the Case as currently written. Defendants provided a copy of this proposed modification to Plaintiff's counsel on October 7, 2022. *See* Segal Decl. ¶ 3. Plaintiff objects to this modification. *See id.*

### Defendants' Proposed Modified
### Paragraph 3 of the Statement of the Case:

      Defendants deny Plaintiff's allegations. Defendants contend that they did not use or misappropriate Plaintiff's likeness because, among other things, Plaintiff is not the man in the mixtape artwork. Rather, without Defendants' knowledge, a graphic artist included in the mixtape artwork only a small portion of Plaintiff's body tattoos, which depict commonplace elements in tattoos. Also, the graphic artist modified the portions he selected and he placed them on the back of a model who looks nothing like Plaintiff, to create new and different artwork. Defendants also contend that the mixtape artwork is expression, protected by the First Amendment to the United States Constitution.

//
//
//
//
//

Dated: October 10, 2022

By:    <u>*/s/ Jonathan L. Segal*</u>
Jonathan L. Segal
DAVIS WRIGHT TREMAINE LLP
Attorney for Defendants BELCALIS ALMANZAR pka CARDI B, WASHPOPPIN, INC. and KSR GROUP, LLC

LISA F. MOORE (admitted *pro hac vice*)
MOORE PEQUIGNOT, LLC
Attorney for Defendants
BELCALIS ALMANZAR and WASHPOPPIN, INC.

2