UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Date: **10/21**

Time: **3:34 pm**

Case No.: SACV 17-01885-CJC (JPRx)

Case Title: Kevin Michael Brophy, Jr. v. Belcalis Almanzar aka Cardi B. et al.

JURY NOTE NUMBER __1__

__✓__   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

DATE: **10/21/2022**   SIGNED: 

FOREPERSON OF THE JURY