**FILED**
CLERK, U.S. DISTRICT COURT
OCT 21, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____rrp_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

KEVIN MICHAEL BROPHY, JR., ) Case No.: SACV 17-01885-CJC(JPRx)
)
Plaintiff, )
)
v. ) **VERDICT FORM**
)
BELCALIS ALMANZAR aka CARDI )
B; KSR GROUP, LLC; WASHPOPPIN, )
INC.; and DOES 1–20, )
)
Defendants. )

-1-

# VERDICT FORM

We, the jury in the above-entitled case, find the following verdict on the questions submitted to us:

A. **LIABILITY FOR MR. BROPHY'S CLAIMS**

1. Did Mr. Brophy prove by a preponderance of the evidence his claim that Cardi B, Washpoppin, and/or KSR misappropriated his likeness?

|                  | YES | NO |
|------------------|-----|----|
| Cardi B          |     | ✓  |
| Washpoppin, Inc. |     | ✓  |
| KSR Group, LLC   |     | ✓  |

*Proceed to Question 2.*

2. Did Mr. Brophy prove by a preponderance of the evidence his claim that Cardi B, Washpoppin, and/or KSR used his likeness in violation of California Civil Code section 3344?

|                  | YES | NO |
|------------------|-----|----|
| Cardi B          |     | ✓  |
| Washpoppin, Inc. |     | ✓  |
| KSR Group, LLC   |     | ✓  |

*Proceed to Question 3.*

-2-

3. Did Mr. Brophy prove by a preponderance of the evidence his claim that Cardi B, Washpoppin, and/or KSR portrayed Mr. Brophy in a false light?

|  | YES | NO |
|---|---|---|
| Cardi B |  | ✓ |
| Washpoppin, Inc. |  | ✓ |
| KSR Group, LLC |  | ✓ |

*If you answered "YES" to Question 1, Question 2, or Question 3 as to any of the Defendants, proceed to Section B to answer questions on Mr. Brophy's non-economic damages. If you answered "NO" for each Defendant in Question 1, Question 2, and Question 3 of Section A, do not answer any other question, and have the presiding juror sign and date the last page of the verdict form and return it to the Court.*

**B. MR. BROPHY'S NON-ECONOMIC DAMAGES: EMOTIONAL DISTRESS AND HARM TO REPUTATION**

1. What are Mr. Brophy's damages for **past** emotional distress, humiliation, embarrassment, mental suffering, and anxiety?

    $_____

*Proceed to Question 2.*

2. What are Mr. Brophy's damages for **future** emotional distress, humiliation, embarrassment, mental suffering, and anxiety?

    $_____

*Proceed to Question 3.*

-3-

3. What are Mr. Brophy's damages for harm to his reputation and loss of standing in the community?

$_____

*If you found any of the Defendants liable for Mr. Brophy's use of likeness claim in violation of California Civil Code section 3344, that is you answered "YES" to Section A, Question 2 with respect to one or more of the Defendants, proceed to Section C. If you found that none of the Defendants were liable for Mr. Brophy's use of likeness claim in violation of California Civil Code section 3344, but you did find one or more of them liable on either or both of Mr. Brophy's other claims, answer the question in Section D with respect to that liable Defendant or Defendants.*

C. **MR. BROPHY'S ECONOMIC DAMAGES: PROFITS**

1. What amount of profits did Cardi B, Washpoppin, and/or KSR receive that are attributable to the use of Mr. Brophy's likeness or photograph?

$_____

*If you awarded any amount of profits in Question 1, proceed to Question 2.*

2. Should Mr. Brophy receive prejudgment interest for the profits awarded in Section C, Question 1?

**YES**  **NO**

_____  _____

*Proceed to Section D.*

-4-

### D. LIABILITY FOR PUNITIVE DAMAGES

1. Did Mr. Brophy prove by clear and convincing evidence that Cardi B, Washpoppin, and/or KSR acted with malice, oppression, or fraud in causing Mr. Brophy's harm?

|  | YES | NO |
|---|---|---|
| Cardi B | _____ | _____ |
| Washpoppin, Inc. | _____ | _____ |
| KSR Group, LLC | _____ | _____ |

Please sign and date this form, and then return it to the Court.

Dated: 10/21/2022

Signed: ███████████

Presiding Juror

-5-