A. Barry Cappello (CSB No. 037835)
abc@cappellonoel.com
Lawrence J. Conlan (CSB No. 221350)
lconlan@cappellonoel.com
Wendy D. Welkom (CSB No. 156345)
wwelkom@cappellonoel.com
**CAPPELLO & NOËL LLP**
831 State Street
Santa Barbara, CA 93101-3227
Telephone: (805)564-2444
Facsimile: (805)965-5950
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BELCALIS ALMANZAR aka CARDI B, an individual; KSR GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive, <br><br> Defendants. | **Case No. 8:17-cv-01885-CJC(JPRx)** <br><br> **OBJECTION TO PROPOSED JUDGMENT** <br><br> Judge: Hon. Cormac J. Carney |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Plaintiff objects to the proposed judgment as premature, because, among other things, there has been no decision on Plaintiff's request for injunctive relief.  Further, Plaintiff intends to file a post-verdict motion pursuant to Fed.R.Civ.P. Rule 50 and/or Rule 59.  Pursuant to Local Rule 7-3, Plaintiff's counsel will meet and confer with Defendants' counsel regarding the grounds for Plaintiff's motions, and to agree an appropriate briefing and hearing schedule prior to entry of judgment.

Dated:  November 15, 2022              **CAPPELLO & NOËL LLP**

*/s/  Lawrence J. Conlan*
A Barry Cappello
Lawrence J. Conlan

Attorneys for Plaintiff