UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 17-01885-CJC (JPRx)                              Date: November 21, 2022

Title: <u>KEVIN MICHAEL BROPHY, JR. V. BELCALIS ALMANZAR ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Rolls Royce Paschal</u>                                    <u>     N/A     </u>
Deputy Clerk                                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE ON RULE 50 MOTION**

Given Plaintiff's objection to Defendants' proposed judgment, (Dkt. 244), and Defendants' response to Plaintiff's objection, (Dkt. 245), the Court hereby **ORDERS** as follows:

(1) Plaintiff shall submit any motion under Federal Rule of Civil Procedure 50, not exceeding **twenty (20) pages** in length, no later than **December 5, 2022**, addressing whether Plaintiff adequately preserved his right to make the motion and the substantive merit of the motion;

(2) Defendants shall submit any opposition, not exceeding **twenty (20) pages** in length, no later than **December 12, 2022**; and

(3) Plaintiffs shall submit any reply, not exceeding **ten (10) pages** in length, no later than **December 19, 2022**.

jso

MINUTES FORM 11
CIVIL-GEN                                                                                    Initials of Deputy Clerk RRP