# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., | Case No. 8:17-cv-01885-CJC(JPRx) |
| Plaintiff, | |
| vs. | JUDGMENT ON THE VERDICT FOR DEFENDANTS |
| BELCALIS ALMANZAR aka CARDI B, an individual; KSR GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive, | Courtroom of the Honorable Cormac J. Carney United States District Judge |
| Defendants. | |

## JUDGMENT

This action having been tried before the Court sitting with a jury, the Honorable Cormac J. Carney, District Judge, presiding, the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that Plaintiff Kevin Michael Brophy, Jr. take nothing; that the action be dismissed on the merits; and that Defendants Belcalis Almanzar, professionally known as Cardi B, Washpoppin, Inc., and KSR Group, LLC, recover from Plaintiff their attorney's fees and costs in accordance with California law.

Dated: _December 28, 2022_____

_____
Honorable Cormac J. Carney
UNITED STATES DISTRICT JUDGE