**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BELCALIS ALMANZAR pka CARDI B, an individual; KSR GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 8:17-cv-01885-CJC (JPRx) <br><br> ORDER EXTENDING DATES TO FILE MOTION FOR ATTORNEY'S FEES AND APPLICATION TO TAX COSTS |

## **ORDER**

The Court having received and considered the Stipulation of plaintiff Kevin Michael Brophy ("Plaintiff") and defendants Belcalis Almanzar, Washpoppin, Inc., and KSR Group, LLC ("Defendants"), and for good cause shown,

**IT IS HEREBY ORDERED** that the January 11, 2023, deadline for Defendants to file their motion for attorney's fees and application to tax costs be and hereby is extended to February 10, 2023.

Dated: January 5, 2023

_____
The Honorable Cormac J. Carney
United States District Judge