# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BELCALIS ALMANZAR pka CARDI B, an individual; KSR GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 8:17-cv-01885-CJC (JPRx) <br><br> ORDER EXTENDING DATES TO FILE MOTION FOR ATTORNEY'S FEES AND APPLICATION TO TAX COSTS |

## ORDER

The Court having received and considered the Stipulation of plaintiff Kevin Michael Brophy ("Plaintiff") and defendants Belcalis Almanzar, Washpoppin, Inc., and KSR Group, LLC ("Defendants"), and for good cause shown,

**IT IS HEREBY ORDERED** that the January 11, 2023, deadline for Defendants to file their motion for attorney's fees and application to tax costs be and hereby is extended to February 10, 2023.

Dated: January 6, 2023

_____
The Honorable Cormac J. Carney
United States District Judge