1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., | ) Case No. 8:17-cv-01885-CJC (JPRx) |
| Plaintiff, | ) |
| vs. | ) ORDER EXTENDING DEADLINE TO FILE DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND |
| BELCALIS ALMANZAR pka CARDI B, an individual; KSR GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive, | ) APPLICATION TO TAX COSTS AND SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR NEW TRIAL |
| Defendants. | ) |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

The Court having received and considered the Stipulation of plaintiff Kevin Michael Brophy ("Plaintiff") and defendants Belcalis Almanzar, Washpoppin, Inc., and KSR Group, LLC ("Defendants"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The February 10, 2023 deadline for Defendants to file their motion for attorney's fees and application to tax costs be and hereby is extended to February 27, 2023;

2. On or before March 13, 2023, Defendants shall file their opposition to Plaintiff's Motion for New Trial Pursuant to Fed. R. Civ. Proc. 59. (the "New Trial Motion") and Plaintiff shall file his opposition to Defendants' motion for attorney's fees; and

3. On or before March 23, 2023, Plaintiff shall file his reply in support of Plaintiff's New Trial Motion, and Defendants shall file their reply in support of their motion for attorney's fees.

Dated: January 30, 2023

_____
The Honorable Cormac J. Carney
United States District Judge

1