Peter Anderson (State Bar No. 88891)
  peteranderson@dwt.com
Jonathan L. Segal (State Bar No. 264238)
  jonathansegal@dwt.com
Rachel R. Goldberg (State Bar No. 308852)
  rachelgoldberg@dwt.com
Farrah C. Vazquez (State Bar No. 327371)
  farrahvazquez@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendants
BELCALIS ALMANZAR pka CARDI B,
WASHPOPPIN, INC., and KSR GROUP, LLC

Lisa F. Moore (admitted *pro hac vice*)
  lisa@themoorefirm.com
MOORE PEQUIGNOT, LLC
887 West Marietta Street, Suite M-102
Atlanta, Georgia, 30318
Telephone:  (213) 633-6800

Attorney for Defendants
BELCALIS ALMANZAR pka CARDI B and
WASHPOPPIN, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>BELCALIS ALMANZAR pka CARDI B, an individual; KSR GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 8:17-cv-01885-CJC (JPRx)<br><br>STIPULATION TO ENTRY OF [*PROPOSED*] ORDER *RE* ATTORNEY'S FEES *ETC*.<br><br>[*Proposed*] Order Submitted Herewith |

## STIPULATION

This Stipulation is entered into by and between plaintiff Kevin Michael Brophy ("Plaintiff"), on the one hand, and defendants Belcalis Almanzar, Washpoppin, Inc., and KSR Group, LLC ("Defendants"), on the other hand, by and through their respective attorneys of record, and with respect to the following:

1. On December 28, 2022, the Court entered its Judgment in this action, which includes that Defendants are to recover from Plaintiff their attorney's fees and costs in accordance with California law.

2. On January 25, 2023, Plaintiff filed a Motion for New Trial Pursuant to Fed. R. Civ. Proc. 59. (Doc. 261) (the "New Trial Motion").

3. Pursuant to the parties' prior Stipulations advising the Court that counsel were pursuing the possibility of resolving the foregoing issues, the Court has extended the deadlines for Defendants to file their Motion for Attorney's Fees and Costs and file their opposition to Plaintiff's New Trial Motion.

4. The parties now have reached an agreement avoiding the necessity of Defendants' motion for attorney's fees and application to tax costs and Plaintiff's New Trial Motion, and that agreement includes the entry of the accompanying proposed Order withdrawing Plaintiff's New Trial Motion, withdrawing any claim by Defendants for attorney's fees and costs to be awarded other than as set forth in the Order, and waiving appeal rights.

**NOW, THEREFORE,** the parties respectfully request that the Court enter the accompanying proposed Order.

## SO STIPULATED

Dated: June 12, 2023

/s/ A. Barry Cappello
A. Barry Cappello
Lawrence J. Conlon
CAPPELLO & NOEL LLP
Attorneys for Plaintiff
KEVIN MICHAEL BROPHY, JR.

```
 1
 2
 3  Dated: June 12, 2023
 4                                          /s/ Peter Anderson
                                          Peter Anderson
 5                                        Jonathan Segal
                                          Rachel Goldberg
 6                                        Farrah Vazquez
                                     DAVIS WRIGHT TREMAINE LLP
 7                                        Attorney for Defendants
                                     BELCALIS ALMANZAR pka CARDI
 8                                     B, WASHPOPPIN, INC., and
                                            KSR GROUP, LLC
 9
                                     Lisa F. Moore (admitted *pro hac vice*)
10                                         MOORE PEQUIGNOT, LLC
                                           Attorney for Defendants
11                                   BELCALIS ALMANZAR pka CARDI B
                                         and WASHPOPPIN, INC.
12
13
14             **Attestation Regarding Signatures**
15       The undersigned attests that all signatories listed, and on whose behalf this
16  filing is submitted, concur in this filing's content and have authorized its filing.
17
18  Dated: June 12, 2023                    /s/ Peter Anderson
                                           Peter Anderson
19
20
21
22
23
24
25
26
27
28
                                   2
```