UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KEVIN MICHAEL BROPHY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BELCALIS ALMANZAR pka CARDI B, an individual; KSR GROUP, LLC, a New York limited liability company; WASHPOPPIN, INC., a New York corporation; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 8:17-cv-01885-CJC (JPRx) <br><br> ORDER *RE* ATTORNEY'S FEES *ETC*. |

# ORDER

The Court having received and considered the Stipulation by and between plaintiff Kevin Michael Brophy ("Plaintiff"), on the one hand, and defendants Belcalis Almanzar, Washpoppin, Inc., and KSR Group, LLC ("Defendants"), on the other hand, and for good cause shown,

**IT IS HEREBY ORDERED**

1. Plaintiff's January 25, 2023, Motion for New Trial Pursuant to Fed. R. Civ. Proc. 59. (Doc. 261) be and is hereby withdrawn, with prejudice.

2. Plaintiff and Defendants have waived and irrevocably relinquished any and all post-judgment motions (including motions for attorney's fees and costs, except as set forth below, and post-judgment motions to enforce this Order), appeals, and any other challenges to the Judgment in this action and this Order.

3. Defendants shall recover from Plaintiff attorney's fees and costs in the total amount of $350,000, plus interest at the rate of 10% per annum from and after the entry of this Order, plus reasonable attorney's fees incurred in collecting the foregoing sums.

Dated: June 13, 2023

The Honorable Cormac J. Carney
United States District Judge